**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01651-CV

## CITY OF DALLAS, Appellant

## V.

## DIANE SANCHEZ, ET AL., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08320-J**

## ORDER

Appellant's unopposed motion to extend time to file reply/response brief is **GRANTED**.

We **ORDER** appellant to file its reply/response brief by **APRIL 30, 2014**.

/s/     DAVID EVANS
         JUSTICE